IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00331-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NATHANIEL DAVID CORSER,

        Defendant.

---

**UNOPPOSED MOTION TO ALLOW DEFENSE COUNSEL TO APPEAR BY VIDEO TELECONFERENCE AT SENTENCING**

---

The defendant, Nathaniel David Corser ("Mr. Corser"), by and through undersigned counsel, David Kraut, hereby respectfully moves the Court to allow counsel to appear by video-teleconference ("VTC") at the sentencing hearing scheduled to occur on Thursday, January 5, 2023 at 11:30 am. The parties have conferred regarding this request and the government does not oppose the proposal set forth below.

Mr. Corser entered into the plea agreement in this case on August 31, 2022. ECF 30. Sentencing is scheduled for January 5, 2023. ECF 33. Counsel recently contracted COVID-19 and cannot enter the courthouse on January 5 due to isolation precautions.

With the Court's permission, Assistant Federal Public Defender Mary Butterton will appear in person with Mr. Corser during the sentencing hearing, and undersigned counsel will appear by VTC.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email:           David_Kraut@fd.org
Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*


CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I filed the foregoing ***Unopposed Motion to Allow Defense Counsel to Appear by Video Teleconference at Sentencing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Peter A. McNeilly, Assistant United States Attorney
Email:  Peter.McNeilly@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Nathaniel David Corser (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email:           David_Kraut@fd.org
Attorney for Defendant